IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DOCTOR ELGINE WILSON FURLOW,

    Plaintiff,

v.                                      CASE NO. 4:13cv488-RH/CAS

ORLANDO, FLORIDA'S SOCIAL
SECURITY ADM., et al.,

    Defendants.

_____/

## ORDER FOR ENTRY OF JUDGMENT

Based on the magistrate judge's report and recommendation (ECF No. 3), the order of March 25, 2014 (ECF No. 5), and the plaintiff's failure to file an amended complaint as authorized by the March 25 order,

IT IS ORDERED:

The clerk must enter judgment stating, "The case is dismissed."

SO ORDERED on April 23, 2014.

                                              s/Robert L. Hinkle
                                              United States District Judge